### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CHRISTIAN LOPEZ and STEPHEN LAWLOR, on behalf of themselves and others similarly situated, | Case No. 2:19-cv-13340-SFC-EAS <br><br> Hon. Sean F. Cox <br>     U.S. District Judge |
| Plaintiffs, | Magistrate Elizabeth A. Stafford <br>     U.S. Magistrate Judge |
| v. | |
| QUICKEN LOANS INC., | |
| Defendant. | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiffs Christian Lopez and Stephen Lawlor ("Plaintiffs") and Defendant Quicken Loans, LLC (F/K/A QUICKEN LOANS INC.) ("Quicken Loans") hereby stipulate and agree that Plaintiff is hereby dismissing all of his claims against Quicken Loans with prejudice, with each party waiving his or its rights of appeal and agreeing to bear his or its own attorney's fees and costs.

DATE: May 14, 2021

Counsel for the Plaintiffs

*/s/ Anthony Paronich*
Anthony Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel.: (617) 485 0018

Jonathan Misny
Murray Murphy Moul + Basil, LLP
1114 Dublin Road
Columbus, OH 43215
Tel.: (614) 488 0400

Counsel for Quicken Loans, LLC

*/s/ W. Kyle Tayman*
W. Kyle Tayman
Brooks R. Brown
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC  20036
Tel.: (202) 346 4000
Fax: (202) 346 4444
BBrown@goodwinlaw.com
KTayman@goodwinlaw.com

Jeffrey B. Morganroth (No. 41670)
jmorganroth@morganrothlaw.com
MORGANROTH AND
MORGANROTH PLLC
344 North Old Woodard Avenue, Suite 200
Birmingham, MI  48009
Tel.: (248) 864 4000
Fax: (248) 864 4001