UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTIAN LOPEZ and
STEPHEN LAWLOR, on behalf of
themselves and others similarly
situated,

    Plaintiffs,

                                      CIVIL NO. 19-13340
    V.                               HON. SEAN F. COX

QUICKEN LOANS INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties filed on May 14, 2021 (ECF No. 32);

IT IS HEREBY ORDERED that the above captioned matter is DISMISSED with prejudice, with each party waiving his or its rights of appeal and agreeing to bear his or its own attorney's fees and costs.

                                                  s/Sean F. Cox
                                                  Sean F. Cox
                                                  United States District Judge

Dated: May 17, 2021